# Third District Court of Appeal

## State of Florida

Opinion filed June 19, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-866
Lower Tribunal No. 16-11257
_____


**Mary Djurasevic, etc.,**
Appellant,

vs.

**Ronald Thompson, et al.,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Martin G. McCarthy, P.A., and Martin G. McCarthy, for appellant, Mary Djurasevic.

Quaranta P.A., and John M. Quaranta, for appellees, Ronald Thompson and Linda Thompson.


Before LOGUE, C.J., and EMAS and GORDO, JJ.

PER CURIAM.

Affirmed.  See Roif v. JP Morgan Chase Bank, 283 So. 3d 383, 385 (Fla. 3d DCA 2019) ("A crucial element in any mortgage foreclosure proceeding is that the party seeking foreclosure must demonstrate that it has standing to foreclose." (quoting McLean v. JP Morgan Chase Bank Nat'l Ass'n, 79 So. 3d 170, 173 (Fla. 4th DCA 2012))); Wells Fargo Bank N.A. v. Diz, 253 So. 3d 705, 707 (Fla. 3d DCA 2018) ("Standing to foreclose must be demonstrated with competent, substantial evidence at the time of filing the lawsuit."); § 689.01(1), Fla. Stat. ("No estate or interest of freehold . . . shall be created, made, granted, transferred, or released in any manner other than by instrument in writing, signed in the presence of two subscribing witnesses by the party creating, making, granting, conveying, transferring, or releasing such estate, interest . . . and no estate or interest . . . shall be assigned or surrendered unless it be by instrument signed in the presence of two subscribing witnesses by the party so assigning or surrendering . . . ."); Blitch v. Freedom Mortg. Corp., 185 So. 3d 645, 646 (Fla. 2d DCA 2016) ("A person seeking enforcement of an instrument . . . must prove the terms of the instrument and the person's right to enforce the instrument." (quoting § 673.3091(2), Fla. Stat.)); McLean, 79 So. 3d at 173 (holding that standing may be established as the note holder but "the note must bear a special endorsement in favor of the plaintiff or a blank endorsement").